UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Christopher Kelson, et al. | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | § Case No. 3:18-cv-3308-L |
| | § |
| | § |
| City of Dallas, et al. | § |
| *Defendant* | § |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

RAMEY & FLOCK, PC _____, with offices at

100 E. FERGUSON STREET, SUITE 404 _____
(Street Address)

TYLER _____     TX _____     75702 _____
(City)                                    (State)            (Zip Code)

903-597-3301 _____     903-597-2413 _____
(Telephone No.)                           (Fax No.)

**II.**  Applicant will sign all filings with the name ERIC KOLDER _____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

CHRISTOPHER KELSON, PLAINTIFF
DAKOTA KELSON, PLAINTIFF
ESTATE OF HIRSCHELL FLETCHER, JR., PLAINTIFF

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of

_____ TEXAS _____, where Applicant regularly practices law.

Bar license number: 24083323           Admission date: 11/15/2012

> For Court Use Only.
> Bar Status Verified:
> _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Eastern District of Texas | 10/31/2013 | Active |
| | | |
| | | |
| | | |

**VI.**   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

NONE

**VII.**   Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

NONE

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

NONE

IX.     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

NONE _____          _____

_____          _____

_____          _____
          (If necessary, attach statement of additional applications.)

X.      Local counsel of record associated with Applicant in this matter is

Scott Palmer _____, who has offices at

15455 Dallas Parkway, Suite 540 _____
(Street Address)

Addison _____          Texas _____          75001 _____
(City)                                    (State)                   (Zip Code)

214-891-3382 _____          _____
(Telephone No.)                                (Facsimile No.)

XI.     Check the appropriate box below.

        For Application in a **Civil Case**

        ☑     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

        For Application in a **Criminal Case**

        ☐     Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 5 day of March , 2019 .

                         Eric Kolder _____
                         Printed Name of Applicant

                         *Eric Kolder*
                         Signature

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 28, 2019

Re: Eric James Kolder, State Bar Number 24083323

To Whom It May Concern:

This is to certify that Eric James Kolder was licensed to practice law in Texas on November 02, 2012, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



James Ehler
Interim Chief Disciplinary Counsel
LA/web