AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Kelson et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:18-cv-03308-E |
| | ) | |
| City of Dallas et al | ) | |
| *Defendant* | ) | |

**Summons in a Civil Action**

**TO:** Harry Bradfield, Officer

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Stephen Spitzer
    100 E Ferguson
    Suite 404
    Tyler, TX 75702

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/09/2019

*Signature of Clerk or Deputy Clerk*

Case 3:18-cv-03308-E  Document 70  Filed 12/19/19  Page 2 of 4  PageID 475
Case 3:18-cv-03308-E  Document 66  Filed 11/09/19  Page 2 of 4  PageID 460

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-03308-E

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____
_____

*Affidavit Attached*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:18-CV-03308-E

Plaintiffs:
**Christopher Kelson, et al**

vs.

Defendants:
**City of Dallas, et al**

Received these papers on the 4th day of December, 2019 at 8:08 am to be served on **Officer Harry Bradfield, 7503 Christie Lane, Dallas, Dallas County, TX 75249**.

I, Mitchell Draeger, do hereby affirm that on the **4th day of December, 2019** at **6:10 pm, I:**

**POSTED** by attaching a true copy of the **Summons in a Civil Action with Plaintiff's Second Amended Original Complaint and Order Granting Motion for Substituted Service** with the date of delivery endorsed thereon by me, to the front door of the property of the within named person's **RESIDENCE** at the address of: **7503 Christie Lane, Dallas, Dallas County, TX 75249**.

"My name is Mitchell Draeger. My date of birth is 04/29/1961. My ,address is 129 Fallen Rock Drive, Waxahachie, Texas 75165 USA. I declare under the penalty of perjury that the foregoing is true and correct. Executed in Dallas County, State of Texas, on the 5TH day of December, 2019."

**Mitchell Draeger**
PSC7995, EXP. 12/31/19

Our Job Serial Number: PEL-2019003465

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER KELSON, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-cv-03308-E |
| CITY OF DALLAS, et al., | § § § | |
| Defendants. | § § | |

## ORDER GRANTING MOTION FOR SUBSTITUTED SERVICE

Before the Court is Plaintiffs' Motion for Substituted Service (Doc. 68). After considering the Motion and supporting affidavit, the Court **GRANTS** the Motion and **ORDERS** that substitute service on Defendant Harry Bradfield may be effected by leaving a copy of the summons, the second amended complaint, and this Order with any person sixteen years of age or older at 7503 Christie Lane, Dallas, Texas, 75249 or, alternatively, by affixing the documents to the front door of 7503 Christie Lane. The Court further **ORDERS** that the foregoing substitute service methods will not be considered exclusive and that service of process may be effected by other means authorized by Federal Rule of Civil Procedure 4 or Texas Rule of Civil Procedure 106.

**SO ORDERED.**

Signed December 3, 2019.

Ada Brown
UNITED STATES DISTRICT JUDGE