IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER KELSON, DAKOTA KELSON, RYLIE KIMBRELL, AND THE ESTATE OF HIRSCHELL FLETCHER, JR., <br>       Plaintiffs, <br><br> v. <br><br> CITY OF DALLAS, a Municipal Corporation et al., <br>       Defendants. | Civil Action No. 3:18-CV-3308-L |

## DEFENDANTS KYLE FOSTER CLARK AND BRAD ALAN COX'S NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Firefighter Kyle Foster Clark ("Clark") and Firefighter Brad Alan Cox ("Cox"), Defendants in the above entitled and numbered cause, and file this notice of appeal to the United States Court of Appeals for the Fifth Circuit. Clark and Cox are appealing the district court's order entered on July 14, 2020 (Doc. No. 100), denying Clark's and Cox's motion to dismiss on qualified immunity grounds on claims by Plaintiffs asserted under 42 U.S.C. § 1983. The appeal of this order is authorized under 28 U.S.C. § 1291 and the collateral order doctrine. *See, e.g.*, *Ashcroft v. Iqbal*, 556 U.S. 662, 672-75, 685-86 (2009); *Wicks v. Miss. State Employment Servs.*, 41 F.3d 991, 994-95 (5th Cir. 1995).

Dated: July 24, 2020.

Respectfully submitted,

WALKER BRIGHT PC
100 N. Central Expressway, Ste. 800
Richardson, Texas 75080
Telephone : (972) 744-0192
Facsimile : (972) 744-0067
Email : efiledallas@wblpc.com

/s/ Gerald Bright
GERALD BRIGHT
State Bar No. 02991720
DAVID CRAFT
State Bar No. 00790522

**Attorneys for Defendants Clark and Cox**

## CERTIFICATE OF SERVICE

I certify that on the 24th day of July, 2020 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record in this case.

/s/ Gerald Bright
Gerald Bright