UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER KELSON, et al., | § |
| | § |
|   Plaintiffs, | § |
| | § |
| v. | §   CIVIL ACTION NO. 3:18-CV-3308-E |
| | § |
| CITY OF DALLAS, et al., | § |
| | § |
| | § |
|   Defendants. | § |

## ORDER OF ADMINISTRATIVE CLOSURE AND STAYING CASE

On July 24, 2020, Defendants Kyle Foster Clark and Brad Alan Cox filed a Notice of Appeal. On October 5, 2020, the parties filed a Joint Motion to Continue Trial Date and Stay Pretrial Deadlines (Doc. No. 126). The Court GRANTS the motion. The case is hereby Administratively Closed and Stayed pending resolution of the appeal from the 5th Circuit.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

The Court is aware of the pending Motion for Summary Judgment filed by Defendants the City of Dallas, Morales, Todd, Morris, Hernandez, and Warren. Nothing in this Order shall be considered a dismissal or disposition of this case.

SO ORDERED.

Signed October 6, 2020.

                                                         Ada Brown
                                                         UNITED STATES DISTRICT JUDGE