# RAMEY & FLOCK

A PROFESSIONAL CORPORATION

Attorneys and Counselors at Law

Eric Kolder
Email:  ekolder@rameyflock.com
Direct Dial: 903-510-5213

January 14, 2022

**V<small>IA</small> E-FILE:**
US District Court for the Northern District of Texas
Dallas Division
1100 Commerce St # 1452
Dallas, TX 75242

> *Re: Christopher Kelson, Dakota Kelson and Estate of Hirshcell Fletcher vs.*
> *City of Dallas, Firefighter Kyle Foster Clark, Firefighter Brad Alan Cox and*
> *Unknown Police Officers John and Jane Does 1-100; No. 3:18-CV-3308-L*

Dear Clerk:

Please be advised that I will be unavailable on the following dates for the following reasons:

**April 25, 2022 through April 29, 2022 – Vacation**
**October 10, 2022 through October 14, 2022 – Vacation**

I would request that no hearing, depositions, conferences, etc. be scheduled during the dates outline above. By copy of this letter, I am advising all counsel of record of these dates.

Thank you for your attention to this matter.

Sincerely,

Eric Kolder

100 E. Ferguson, Ste. 404 · Tyler, Texas 75702 · Phone: 903.597.3301 · Fax: 903.597.2413 · www.rameyflock.com